**UNITED STATES of America, Plaintiff–Appellee,**

**v.**

**Juan Manuel AVALOS–CANELA, Defendant–Appellant.**

**No. 03–50130.**

**D.C. No. CR–02–00513–LGB–01.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 8, 2003.*

Decided Dec. 16, 2003.

Ronald L. Cheng, Bruce Searby, USLA–Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Angel K. Leung, FPDCA–Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before GOODWIN, WALLACE and TROTT, Circuit Judges.

## MEMORANDUM**

Juan Manuel Avalos–Canela appeals his judgment of conviction following a guilty-plea, and 77–month sentence for being an illegal alien found in the United States after being deported subsequent to aggravated felony convictions, in violation of 8 U.S.C. §§ 1326(a) and (b)(2).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Avalos–Canela's counsel has filed a brief stating that he finds no grounds for relief, and a motion to withdraw as counsel of record. Avalos–Canela has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. Counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).